UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UVEX Sports, Inc.

v.

CA 06-475ML

TOM HOLT, et al

ORDER

The above -captioned case was filed on October 26, 2006 and has been pending at least 120 days without an answer having been filed.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause as to why the case should not be dismissed.

LR Cv 41.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
March 7, 2007

Entered as an Order of this Court on March 7, 2007

Deputy Clerk