# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UVEX SPORTS, INC.,
Petitioner

v.

TOM HOLT AND PACIFIC SALES WEST, INC.,
Respondents

C.A. No. 06-475 ML

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiff UVEX Sports, Inc. and pursuant to the provisions of F. R. Civ. P. 41(a)(1) voluntarily dismisses the above-referenced action, without prejudice.

UVEX SPORTS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Howard Merten

Howard Merten (#3171)
180 South Main Street
Providence, RI 02903
401-861-8200 (Phone)
401-861-8210 (Fax)

DATED: March 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was filed with the Clerk of the United States District Court for the District of Rhode Island this 16th day of March, 2007 and that true copies have been forwarded by prepaid first class to the following ECF non-registered counsel:

Timothy J. Graham, Esq.
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

/s/ Howard Merten